UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS SHAW, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01581-JAR |
| ) | |
| JOHN BUREN, JR., ) | |
| ) | |
|    Defendant, ) | |
| ) | |
| NATIONAL LOGISTICS, INC., ) | |
| ) | |
|    Defendant and Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAD TRANSPORTING LLC, ) | |
| ) | |
|    Third-Party Defendant, ) | |

**MEMORANDUM & ORDER**

This matter is before the Court following the Court's December 23, 2025 Order to Show Cause, in which the Court directed Third-Party Plaintiff National Logistics, Inc. to show cause in writing within fourteen days why its claims against Third-Party Defendant DAD Transporting LLC should not be dismissed for lack of timely service. (ECF No. 32). Third-Party Plaintiff was advised that failure to respond would result in the dismissal, without prejudice, of its claims against Third-Party Defendant. Third-Party Plaintiff has not filed anything in response to the Order to Show Cause.

Therefore,

1

**IT IS HEREBY ORDERED** that the claims of Third-Party Plaintiff National Logistics, Inc. against Third-Party Defendant DAD Transporting LLC are **DISMISSED without prejudice** for lack of timely service.  There being no remaining live claims in this action, the Clerk of Court is directed to close this case.

Dated this 21st day of January, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE